UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Clayton Shireman**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:21-cv-02612-TWP-TAB |
| | ) |
| **FAURECIA CLEAN MOBILITY**, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, having filed their *Joint Stipulation of Dismissal with Prejudice*, and the Court, being duly advised, hereby APPROVES the *Joint Stipulation* and hereby ORDERS this cause of action DISMISSED, in its entirety and with prejudice. Each party shall bear its own costs and attorney fees.

SO ORDERED

Date: 12/8/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION

All counsel of record.